IN THE CIRCUIT COURT OF PHELPS COUNTY
TWENTY-FIFTH JUDICIAL CIRCUIT
STATE OF MISSOURI

**FILED**

SEP 0 9 2010

SUE BROWN,
CIRCUIT CLERK, PHELPS COUNTY, MO

SEAN BRANHAM, )
)
Plaintiff, )
)
vs. )   Case No: 10PH-CV00431
)
HUNTER'S VIEW, LTD., et al., )
)
Defendants. )
)

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO SECTION 537.762

IT IS HEREBY ORDERED, with consent of the parties, that Defendant Wal-Mart Stores

East, LP is dismissed, without prejudice, from Plaintiff's Petition pursuant to Section 537.762 of

the Missouri Revised Statutes.

So Ordered on this __9__ day of September, 2010.

Circuit Court Judge